L. CHRISTOPHER ROSE, ESQ.
Nevada Bar No. 7500
Email: lcr@juww.com
TYLER N. URE, ESQ.
Nevada Bar No. 11730
Email: tnu@juww.com
JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Pkwy., #1600
Las Vegas, Nevada 89169
Telephone:   (702) 699-7500
Facsimile:   (702) 699-7555

Attorneys for Plaintiffs Sandy Cooper
and Garden Meadow, Inc.

UNITED SATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDY COOPER, an individual, GARDEN MEADOW, INC., a Connecticut corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>NINGBO XINGQIANG METALLIC PRODUCTS CO., LTD., a Chinese company,<br><br>Defendants. | CASE NO.   2:12-cv-000698<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION** |

Plaintiffs Sandy Cooper and Garden Meadow Inc.'s ("Plaintiffs") Ex Parte Application for Temporary Restraining Order and Motion for Preliminary Judgment [Doc. 2] and Verified Complaint [Doc. 1] having come before this Court, and for good cause shown, having determined that this Order should issue pursuant therefore; and it appearing to the Court, after due deliberation, that Defendant Ningbo Xingqiang Metallic Products Co., Ltd's ("Defendant") is actually engaged in committing and will continue to commit acts of copyright infringement via its sale or offer for sale, promotion, and marketing of products that infringe Plaintiffs United States Copyright registrations including, but not limited to, Copyright Registration Nos. VA-1-425-762, VAu-1-002-280, VA-1-668-335, VA-1-668-335, VA-1-747-291, VA 1-684-990, VAu 1-036-279, VA 1-341-698, VA 1-370-959, VA 1-370-956, VA 1-370-955, VA

K:\LCR\Garden Meadow 11531\General 26000\Pleadings\Drafts\12-04-26 Order TRO.doc

1-370-957, VA 1-425-753, VA 1-670-212, VAu 967-187, VA 1-667-902, VA 1-671-412, VA 1-670-132, VA 1-775-716,

 IT IS HEREBY ORDERED that Defendant appear before the Court at Courtroom **6A**, United States Courthouse, 333 Las Vegas, Blvd. South, Las Vegas, Nevada 89101 at **1:30 pm** on **May 8, 2012**, or as soon thereafter as counsel may be heard, as to whether the Plaintiffs have met their burden and therefore a Prelminary Injunction should issue pursuant to Fed. R. Civ. P. 65.

 IT IS FURTHER ORDERED that pending disposition of Plaintiff's Motion for Preliminary Injunction, Defendant and its servants, officers, agents, employees, attorneys, and all persons acting in concert, participation, or privity with them, are hereby singly and collectively enjoined from:

 (a) copying, making, manufacturing, using, possessing, selling, offering for sale, disclosing, exhibiting, reproducing, creating derivative works from, distributing, shipping, licensing, developing, delivering, marketing, advertising, displaying, or promoting any products that infringe ("Infringing Products" or "Infringing Product") on Plaintiffs' copyrighted works, including, but not limited to, works protected by U.S. Copyright Registration VA-1-425-762, VAu-1-002-280, VA-1-668-335, VA-1-668-335, VA-1-747-291, VA 1-684-990, VAu 1-036-279, VA 1-341-698, VA 1-370-959, VA 1-370-956, VA 1-370-955, VA 1-370-957, VA 1-425-753, VA 1-670-212, VAu 967-187, VA 1-667-902, VA 1-671-412, VA 1-670-132, VA 1-775-716 (collectively, the "Registrations"); and

 (b) disposing of, destroying, moving, relocating, transferring, or taking out of the State of Nevada any Infringing Products;

 IT IS FURTHER ORDERED that Service of this Order be made on Defendant or its attorneys in accordance with Fed. R. Civ. P. 4, on or before **April 28, 2012**, at 5:00 P.M;

 IT IS FURTHER ORDERED that Defendant's affidavits in opposition to the Motion for Preliminary Injunction be served on Plaintiffs' attorney by hand delivery or by sending them by Federal express or email so that they are received by Plaintiff's attorney by **May 1, 2012** at

K:\LCR\Garden Meadow 11531\General 26000\Pleadings\Drafts\12-04-26 Order TRO.doc

*Jolley Urga Wirth Woodbury & Standish*
3800 HOWARD HUGHES PARKWAY, SUITE 1600, LAS VEGAS, NV 89169
TELEPHONE: (702) 699-7500   FAX: (702) 699-7555

1  4:00 P.M. Plaintiffs shall serve any additional brief by hand delivery or by sending them by

2  Federal express or email so that they are received by Defendant or its attorney by

3  May 3, 2012 at 4:00 P.M; DOCUMENTS TO BE FILED WITH THE COURT and copies delivered to chambers on specified dates.

4  IT IS FURTHER ORDERED that the sum of $500.00 to be posted by

5  Plaintiffs shall be security for the payment of such costs and damages as may be incurred and

6  suffered by any party found to be wrongfully restrained.

8  IT IS SO ORDERED.

10  _____
   UNITED STATES DISTRICT JUDGE

11  DATED: April 27, 2012

12  TIME: 3:00 pm

Page 3 of 3

K:\LCR\Garden Meadow 11531\General 26000\Pleadings\Drafts\12-04-26 Order TRO.doc