L. CHRISTOPHER ROSE, ESQ.
Nevada Bar No. 7500
Email: lcr@juww.com
TYLER N. URE, ESQ.
Nevada Bar No. 11730
Email: tnu@juww.com
JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Pkwy., #1600
Las Vegas, Nevada 89169
Telephone:    (702) 699-7500
Facsimile:    (702) 699-7555

Attorneys for Plaintiffs Sandy Cooper
and Garden Meadow, Inc.

Jolley Urga Wirth Woodbury & Standish
3800 HOWARD HUGHES PARKWAY, SUITE 1600, LAS VEGAS, NV 89169
TELEPHONE: (702) 699-7500  FAX: (702) 699-7555

UNITED SATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDY COOPER, an individual, GARDEN MEADOW, INC., a Connecticut corporation, | CASE NO.   2:12-cv-00698 |
| Plaintiffs, | |
| vs. | **PRELIMINARY INJUNCTION ORDER** |
| NINGBO XINGQIANG METALLIC PRODUCTS CO., LTD., a Chinese company, | |
| Defendant. | |

Plaintiffs Sandy Cooper and Garden Meadow, Inc.'s ("Plaintiffs") Motion for Preliminary Injunction [Doc. #7] came before this Court for hearing on May 8, 2012 at 1:30 P.M.  L. Christopher Rose, Esq. of the law firm of Jolley Urga Wirth Woodbury & Standish appeared for Plaintiffs, and there was no appearance by Ningbo Xinqiang Metallic Products Co, Ltd. ("Defendant") or counsel for Defendant.   The Court having reviewed the Motion for Preliminary Injunction and the Verified Complaint [Doc. # 1], and for good cause shown, having determined that this Order should issue pursuant thereto and it appearing to the Court, after due deliberation, that Defendant is actually engaged in committing and will continue to commit acts of copyright infringement through its sale or offer for sale, promotion, and marketing of products that infringe on any of Plaintiffs United States copyright registrations, including but not limited to works protected by United States Copyright Registration Nos. VA-1-425-762, VAu-1-002-

280, VA-1-668-335, VA-1-668-337, VA-1-747-291, VA 1-684-990, VAu 1-036-279, VA 1-341-698, VA 1-370-959, VA 1-370-956, VA 1-370-955, VA 1-370-957, VA 1-425-753, VA 1-670-212, VAu 967-187, VA 1-667-902, VA 1-671-412, VA 1-670-132, VA 1-775-716, causing immediate and irreparable injury to Plaintiffs.

IT IS HEREBY ORDERED that Defendant and its servants, officers, agents, employees, attorneys, and all persons acting in concert, participation, or privity with them, are hereby singly and collectively enjoined from copying, making, manufacturing, using, possessing, selling, offering for sale, disclosing, exhibiting, reproducing, creating derivative works from, distributing, shipping, licensing, developing, delivering, marketing, advertising, displaying, or promoting any products that infringe on any of Plaintiffs' copyrighted works, including, but not limited to, works protected by U.S. Copyright Registration VA-1-425-762, VAu-1-002-280, VA-1-668-335, VA-1-668-337, VA-1-747-291, VA 1-684-990, VAu 1-036-279, VA 1-341-698, VA 1-370-959, VA 1-370-956, VA 1-370-955, VA 1-370-957, VA 1-425-753, VA 1-670-212, VAu 967-187, VA 1-667-902, VA 1-671-412, VA 1-670-132, VA 1-775-716;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Jolley Urga Wirth Woodbury & Standish
3800 HOWARD HUGHES PARKWAY, SUITE 1600, LAS VEGAS, NV 89169
TELEPHONE: (702) 699-7500   FAX: (702) 699-7555

K:\LCR\Garden Meadow 11531\General 26000\Pleadings\Drafts\12-05-15 Order Preliminary Injunction.doc

1    IT IS FURTHER ORDERED that the sum of $500 previously posted by Plaintiffs as

2    security shall be adequate security of the payment of such costs and damages as may be incurred

3    and suffered by any party found to be wrongfully enjoined.

4

5    IT IS SO ORDERED.

6

7    _____

8    UNITED STATES DISTRICT JUDGE

     DATED:_____
            May 18, 2012

9

Jolley Urga Wirth Woodbury & Standish
3800 HOWARD HUGHES PARKWAY, SUITE 1600, LAS VEGAS, NV 89169
TELEPHONE: (702) 699-7500   FAX: (702) 699-7555

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

K:\LCR\Garden Meadow 11531\General 26000\Pleadings\Drafts\12-05-15 Order Preliminary Injunction.doc