1  L. CHRISTOPHER ROSE, ESQ.
   Nevada Bar No. 7500
2  Email: lcr@juww.com
   TYLER N. URE, ESQ.
3  Nevada Bar No. 11730
   Email: tnu@juww.com
4  JOLLEY URGA WIRTH WOODBURY & STANDISH
   3800 Howard Hughes Pkwy., #1600
5  Las Vegas, Nevada 89169
   Telephone:  (702) 699-7500
6  Facsimile:  (702) 699-7555

7  Attorneys for Plaintiffs Sandy Cooper
   and Garden Meadow, Inc.
8
                    UNITED SATES DISTRICT COURT
9
                         DISTRICT OF NEVADA
10

11 SANDY COOPER, an individual, GARDEN        CASE NO.  2:12-cv-00698
   MEADOW, INC., a Connecticut corporation,
12
                Plaintiffs,
13                                            ORDER GRANTING EMERGENCY
   vs.                                        MOTION FOR ENTRY OF ORDER
14                                            DIRECTING SERVICE OF INJUNCTION
   NINGBO XINGQIANG METALLIC                  AND IMPOUNDING INFRINGING
15 PRODUCTS CO., LTD., a Chinese company,     PRODUCTS

                Defendant.
16

17      Plaintiffs' Emergency Motion for Entry of Order Directing Service of Injunction and

18 Impounding Infringing Products (Docket No. 30) having come before the Court, and for good

19 cause showing, it is hereby:
20
        ORDERED ADJUDGED, AND DECREED that Plaintiffs' Emergency Motion for Entry
21
   of Order Directing Service of Injunction and Impounding Infringing Products is GRANTED;
22

23      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States

24 Marshall is directed to serve the Default and Default Judgment and Permanent Injunction filed

25 on March 28, 2013 [Doc. # 27] (the "Injunction") on CTM International Giftware, Inc.;

26      IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the United States
27
   Marshall shall seize, confiscate, and impound products being displayed by or in the possession of
28

CTM International Giftware, Inc. at the National Hardware Show at the Las Vegas Convention and Visitors Authority, 3150 Paradise Rd., Las Vegas, NV 89109, located at CTM's booth (booth 12013, North Hall) or wherever they may be found, that infringe on the specific works protected by the Injunction and other works protected by the Injunction that are substantially similar to the total concept and feel of Plaintiffs' copyrighted works, including, but not limited to, works incorporating a ball with a distinctive foggy film-like look when unilluminated and, when illuminated, diffused colored or white light which emanates from within the ball, which is incorporated into decorative design configurations (e.g. plants, animals, insects, birds, fish, suns, and moons) made from metal, or incorporating decorative exterior lantern housings in certain shapes (e.g. circles, ovals, rectangles, pear shapes, cylinders, plants, animals, birds, and fish) with distinctive sculptural metalwork having a wrought iron appearance, in frilly, whimsical design configurations which constitute the exterior portions with a distinctive foggy film-like look when unilluminated and, when illuminated, diffused colored or white light which emanates from within the lantern, or works in any other way substantially similar to the works.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 7 MAY 2013