L. CHRISTOPHER ROSE, ESQ.
Nevada Bar No. 7500
Email: lcr@juww.com
TYLER N. URE, ESQ.
Nevada Bar No. 11730
Email: tnu@juww.com
JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Pkwy., #1600
Las Vegas, Nevada 89169
Telephone:   (702) 699-7500
Facsimile:   (702) 699-7555

Attorneys for Plaintiffs Sandy Cooper
and Garden Meadow, Inc.

### UNITED SATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SANDY COOPER, an individual, GARDEN MEADOW, INC., a Connecticut corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>NINGBO XINGQIANG METALLIC PRODUCTS CO., LTD., a Chinese company,<br><br>Defendant. | CASE NO.  2:12-cv-00698<br><br>**ORDER GRANTING EMERGENCY MOTION FOR ENTRY OF ORDER DIRECTING SERVICE OF INJUNCTION AND IMPOUNDING INFRINGING PRODUCTS** |

Plaintiffs' Emergency Motion for Entry of Order Directing Service of Injunction and Impounding Infringing Products (Docket No. 30) having come before the Court, and for good cause showing, it is hereby:

ORDERED ADJUDGED, AND DECREED that Plaintiffs' Emergency Motion for Entry of Order Directing Service of Injunction and Impounding Infringing Products is GRANTED;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States Marshall is directed to serve the Default and Default Judgment and Permanent Injunction filed on March 28, 2013 [Doc. # 27] (the "Injunction") on CTM International Giftware, Inc.;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the United States Marshall shall seize, confiscate, and impound products being displayed by or in the possession of

CTM International Giftware, Inc. at the National Hardware Show at the Las Vegas Convention and Visitors Authority, 3150 Paradise Rd., Las Vegas, NV 89109, located at CTM's booth (booth 12013, North Hall) or wherever they may be found, that infringe on the specific works protected by the Injunction and other works protected by the Injunction that are substantially similar to the total concept and feel of Plaintiffs' copyrighted works, including, but not limited to, works incorporating a ball with a distinctive foggy film-like look when unilluminated and, when illuminated, diffused colored or white light which emanates from within the ball, which is incorporated into decorative design configurations (e.g. plants, animals, insects, birds, fish, suns, and moons) made from metal, or incorporating decorative exterior lantern housings in certain shapes (e.g. circles, ovals, rectangles, pear shapes, cylinders, plants, animals, birds, and fish) with distinctive sculptural metalwork having a wrought iron appearance, in frilly, whimsical design configurations which constitute the exterior portions with a distinctive foggy film-like look when unilluminated and, when illuminated, diffused colored or white light which emanates from within the lantern, or works in any other way substantially similar to the works.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 7 MAY 2013